# EXHIBIT A

IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIN E. KIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>Defendant. | Case No. 4:18-cv-00054<br><br>JUDGE JAMES S. GWIN<br><br><br><br>**AFFIDAVIT FOR *PRO HAC VICE* ADMISSION OF RANDALL S. NEWMAN** |

I, Randall S. Newman, being duly sworn in accordance with the law, do hereby depose and state as follows:

1. I am an attorney and a partner of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Avenue, New York, New York 10016. My telephone number is (212) 545-4600. My facsimile number is (212) 686-0114. My email address is newman@whafh.com.

2. I certify that I am eligible for admission *pro hac vice* before this Court. I am licensed to practice law before, and am a member in good standing of the Bar of the State of New York (2002) (Bar No. 4078283), the State of California (1997) (190547), the State of Ohio (1999) (Bar No. 71652 inactive) and the State of New Jersey (2003) (Bar No. 6652003 inactive). I am also admitted in the United States Tax Court, the United States Court of Claims, the United States District Courts for the Southern District of New York, Eastern District of New York,

Northern District of California, Central District of California, Eastern District of California, Southern District of California and District of New Jersey and the United States Court of Appeals for the Second, Seventh, Ninth, Eleventh and Federal Circuits

3. I have never been disbarred or suspended from practice before any Court, department, bureau of commission of any State, nor have I ever received reprimand from any such Court, department, bureau of commission pertinent to conduct or fitness as a member of the bar.

4. I am familiar with the facts and circumstances of this case and make this affidavit in support of my application for *pro hac vice* admission to practice before this Court in this action only.

5. I agree to be bound by the Local Rules of this Court and the Ohio Rules of Professional Responsibility governing attorney conduct in Ohio in connection with my work on this matter.

RANDALL S. NEWMAN

Sworn to before me, and subscribed in my presence,
this 30th day of January, 2018.

NOTARY PUBLIC

JOSEPH WEISS
Notary Public, State of New York
No. 01WE5069215
Qualified in Nassau County
Commission Expires Nov. 18, 2018