IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIN E. KIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>Defendant. | Case No. 4:18-cv-00054<br><br>JUDGE JAMES S. GWIN<br><br><br>[PROPOSED] ORDER GRANTING MOTION SEEKING *PRO HAC VICE* ADMISSION OF RANDALL S. NEWMAN |

### [PROPOSED] ORDER GRANTING MOTION SEEKING *PRO HAC VICE* ADMISSION OF RANDALL S. NEWMAN

Plaintiffs' Motion to Admit Randall S. Newman to practice *Pro Hac Vice* in this matter is

GRANTED.


Dated: _____          _____
                                                                  Honorable James S. Gwin
                                                                  United States District Court Judge

Document Number: 797419