UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
: 
:
ERIN E. KIS, *on behalf of herself and all* :
*others similarly situated*, : Case No. 4:18-cv-54
:
       Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Doc No. 20]
COVELLI ENTERPRISES, INC., :
:
       Defendant. :
-------------------------------------------------------

                       ***

-------------------------------------------------------
:
CHELSEA ROMANO, *on behalf of herself* :
*and all others similarly situated*, : Case No. 4:18-cv-434
:
       Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Doc No. 8]
COVELLI ENTERPRISES, INC., :
:
       Defendant. :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    Both Plaintiff Erin Kis and Plaintiff Chelsea Romano have filed putative collective actions against Covelli Enterprises alleging violations of the Fair Labor Standards Act.[1] Plaintiff Kis also asserts a claim based on an analogous state law.[2]

    Defendant Covelli Enterprises moves to consolidate these two cases.[3] The Plaintiffs do not oppose that motion and have notified the Court that they will jointly prosecute this case.[4]

---

[1] *Kis*, Doc. 1; *Romano*, Doc. 1.
[2] *Kis*, Doc. 1 at ¶¶ 40–46.
[3] *Kis*, Doc. 20; *Romano*, Doc. 8.
[4] *See Romano*, Doc. 17.

Case No. 1:16-cv-2364
Gwin, J.

The Court finds that these cases involve "common question[s] of law and fact" and that consolidating the actions is appropriate under Rule 42 of the Federal Rules of Civil Procedure.

The Court further finds that the Case Management conference scheduled for March 29, 2018, in Plaintiff Romano's case (4:18-cv-434) is unnecessary given the earlier conference held in Plaintiff Kis's case.

For those reasons, the Court **GRANTS** Defendant Covelli's motions to consolidate. It is therefore **ORDERED** that *Romano v. Covelli Enterprises, Inc.*, No. 4:18-cv-434 be consolidated with *Kis v. Covelli Enterprises, Inc.*, No. 4:18-cv-54.

It is **FURTHER ORDERED** that the dates and procedures established in the case management plan order and expert identification order in *Kis*[5] shall apply to Plaintiff Romano's claims as well.

IT IS SO ORDERED.

Dated: March 22, 2018                  *s/      James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE

---

[5] *Kis* Doc. 26; *Kis.* Doc. 27.