# Exhibit A

# COURT-AUTHORIZED NOTICE
# TO COVELLI ENTERPRISES ASSISTANT MANAGERS ABOUT
# OVERTIME PAY LAWSUIT

**If you worked for Covelli Enterprises at a Panera Bread location as a salaried, exempt Assistant Manager at any time from February 22, 2015 to [DATE OF MAILING OF NOTICE], please read this notice.**

## A collective action lawsuit may affect your legal rights.

*This is a court-authorized notice.  This is not a solicitation from a lawyer.*

- Two Assistant Managers filed collective action lawsuits in the United States District Court for the Northern District of Ohio against Covelli Enterprises, claiming that the company misclassified them as exempt from overtime requirements, and failed to pay them and other similarly situated Assistant Managers overtime pay for the hours they worked over 40 in a workweek.  Three other Assistant Managers have joined the case.

- The Court consolidated the lawsuits which are proceeding as a collective action on behalf of Assistant Managers who worked for Covelli Enterprises at any time from February 22, 2015 to [insert date of mailing of notice], in any state.

- The Court has not decided who is right and who is wrong.  Your legal rights, however, may be affected by the decision you make now, so please read this entire notice.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **RETURN YOUR CONSENT FORM** | If you sign and return your Consent to Join Form, enclosed with this Notice, you will become a member of the collective.  You will keep the possibility of getting money or benefits from a trial or a settlement in this lawsuit, but you will give up your right to separately sue Covelli Enterprises about the same legal claims in this lawsuit. You also agree that Plaintiffs' counsel can act as your representative in this lawsuit and may make decisions affecting your claims.<br><br>**If you wish to be included, you must complete and submit the Consent to Join Form on or before [60 days from mailing of notice].** |
| **DO NOTHING** | By doing nothing, you will not be included in this collective action. This means that you give up the possibility of getting money or benefits that may come from a trial or settlement in this lawsuit if the Plaintiffs are successful. You keep your right to sue Covelli Enterprises separately about the same legal claims in this lawsuit.  If you wish to pursue your own claims, you should do so promptly because a statute of limitations applies to your claims. |

### 1. Why did I get this notice?

You are getting this notice because Covelli Enterprises' records show that you worked as an exempt Assistant Manager at a Panera Bread restaurant owned by Covelli Enterprises between February 22, 2015 and [DATE OF MAILING OF NOTICE].

### 2. What is this lawsuit about?

The lawsuit alleges that Assistant Managers at Panera Bread locations owned by Covelli Enterprises should have received overtime under the Fair Labor Standards Act ("FLSA") and Ohio law for the hours they worked over 40 in a workweek, because Covelli Enterprises improperly classified them as "exempt" from the laws' overtime protections.

Plaintiffs claim that they, and other Assistant Managers, performed primarily non-management tasks, did not exercise discretion or independent judgment regarding matters of significance, and therefore should have been classified as non-exempt and paid overtime. Covelli Enterprises denies these allegations and claims that Assistant Managers are exempt from overtime. The Court has not yet decided who is correct.

The Plaintiffs are seeking to recover unpaid overtime, liquidated damages in an amount equal to the unpaid overtime under the FLSA, attorneys' fees, and costs for themselves and others who join the case.

The Honorable James S. Gwin, United States District Judge in the Northern District of Ohio, is overseeing the lawsuits - *Kis v. Covelli Enterprises*, No. 4:18-cv-00054-JG, and *Romano v. Covelli Enterprises*, No. 4:18-cv-00434-JG.

### 3. What is a collective action and who and what is involved?

In a collective action lawsuit, one or more people may bring a lawsuit on behalf of themselves and others who are similarly situated to them. All Assistant Managers who return their Consent to Join Forms by the deadline will become part of the "Collective" and are "Collective Members." One court resolves the issues for all Collective Members.

You should also understand that, as a party to this lawsuit, there is some possibility that you may be required to provide information to the named Plaintiffs, Covelli Enterprises, and/or the Court about your employment with Covelli Enterprises. If this case proceeds to trial, you may also be required to testify.

### 4. How do I ask the Court to include me in the case?

Enclosed is a form called "Consent to Join." **If you want to join this lawsuit, you must read, sign, and promptly return the Consent to Join Form by [DATE 60 days following notice mailing date]**. An addressed and postage-paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Consent to Join Form must be mailed or faxed to:

**Covelli Enterprises Overtime Lawsuit**
**[Insert Administrator Address and Fax Information]**

Alternatively, you may submit your Consent to Join Form by emailing a signed copy to **[insert email address**. You may also submit an electronic consent form available at [http://website].

**If your signed Consent to Join Form is not submitted by [DATE 60 days following notice mailing date], you may not be able to participate in this lawsuit, share in a monetary recovery, or be bound by any settlement or judgment.**

### 5. Can Covelli Enterprises and/or my current employer retaliate against me if I join the lawsuit?

No. It is a violation of federal law for Covelli Enterprises or any other employer to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of you receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, please contact Plaintiffs' lawyers listed below.

### 6. Do I have a lawyer in this case?

If you choose to join the lawsuit, you will be represented by Plaintiffs' counsel, whose contact information is listed in Section 7, below.

The Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel, which means that if Plaintiffs do not win, there will be no attorneys' fees or costs chargeable to Plaintiffs or to you. Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will apply to the Court for a portion of any settlement obtained or money judgment entered in favor of the Plaintiffs and the Collective in an amount the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the amount of time expended on the lawsuit; or (2) one-third of the gross settlement or judgment amount. Fees may be part of a settlement obtained or money judgment entered in favor of the Plaintiffs, or may be ordered by the Court to be separately paid by Covelli Enterprises, or may be a combination of the two.

### 7. Questions?

If you have any questions, you may write, e-mail, or call any attorney listed below. Plaintiffs' counsel are:

| Justin M. Swartz | Correy A. Kamin | Gregg I. Shavitz |
|---|---|---|
| **Outten & Golden LLP** | **Wolf Haldenstein Adler Freeman & Herz LLP** | **Shavitz Law Group, P.A.** |
| 685 Third Avenue, 25th Floor | 270 Madison Avenue | 1515 S. Federal Highway, Suite 404 |
| New York, NY 10017 | New York, NY 10016 | Boca Raton, FL 33432 |
| (212) 245-1000 or toll-free at (877) 468-8836 | (212) 545-4600 | (800) 616-4000 |
| jms@outtengolden.com | kamin@whafh.com | info@shavitzlaw.com |

If you choose to join the lawsuit, the law firms listed above will represent you unless you obtain another attorney. You have the option to retain an attorney of your own choice.

**ALTHOUGH THIS NOTICE HAS BEEN AUTHORIZED BY JUDGE GWIN OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, THE COURT TAKES NO POSITION REGARDING THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANT'S DEFENSES, AND THERE IS NO ASSURANCE THAT THE COURT WILL GRANT ANY RELIEF TO YOU OR THE PLAINTIFFS IN THIS CASE. THE COURT NEITHER ENCOURAGES YOU NOR DISCOURAGES YOU FROM JOINING THIS LAWSUIT.**


DATED:_____, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIN E. KIS, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>       Defendant. | Case No. 4:18-cv-00054-JG |
| CHELSEA ROMANO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>       Defendant. | Case No. 4:18-cv-00434-JG |

1. I consent, agree, and opt in to be a party plaintiff in the above-captioned collective action lawsuit against Covelli Enterprises in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP, Wolf Haldenstein Adler Freeman & Herz LLP , Shavitz Law Group, P.A., Karon LLC, and Landskroner Grieco Merriman LLC ("Plaintiffs' counsel") to represent me for all purposes in the above captioned action, and to make decisions on my behalf concerning the litigation and settlement. I understand that by filing this consent, I will be bound by any adjudication of this action by a court, whether it is favorable or unfavorable. I authorize the named Plaintiffs to file and prosecute the above referenced matter in my name and on my behalf, and I designate the named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, and I understand that I will be bound by such decisions. I understand that reasonable costs expended by Plaintiffs' counsel on my behalf will be deducted from any settlement or judgment amount on a *pro rata* basis among all other Plaintiffs. I understand that Plaintiffs' counsel will petition the Court to award them attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) one-third of the gross settlement or judgment amount.

_____
 Signature

_____
 Full Legal Name (print)

1

_____
Address

_____
City, State          Zip Code

_____
Telephone            Email

# IMPORTANT REMINDER REGARDING
# COVELLI ENTERPRISES OVERTIME CASE

Within the past month, you should have received a Court-authorized notice explaining that you are eligible to participate in a collective action lawsuit against Covelli Enterprises on behalf of Assistant Managers for unpaid overtime. If you have any questions about the notice or the case, or if you did not receive or no longer have the notice, you should contact Sally J. Abrahamson at (202) 847-4408 or [insert case email address] or [insert Ohio counsel].

**IMPORTANT: Our records indicate that you have not yet submitted a Consent to Join Form. In order to participate in the Covelli Enterprises collective action lawsuit and be eligible to collect unpaid wages if the Plaintiffs prevail, you must complete a Consent to Join Form and mail, fax, email, or submit it online to:**

Covelli Enterprises Overtime Lawsuit

[insert address]

Toll Free Number (XXX) XXX - XXXX

Facsimile: (XXX) XXX-XXXX

Email [XX]@XX.com

Website: [url]

**In order to participate in this lawsuit, your Consent to Join Form must be post-marked, faxed, emailed, or submitted online no later than [DATE].**

Covelli Enterprises Overtime Lawsuit                                       [postage]
XX [Law Firm]
XX [address]
XX, XX XXXXX


                                    [first name] [last name]
                                    [address] [address2]
                                    [city], [state] [zip]