# <u>EXHIBIT 1</u>

Declarations of current Assistant Managers

**1.**    Declaration of Valencia Bell, Assistant Manager of Café No. 4265.

**2.**    Declaration of Geoffrey T. Brown, Assistant Manager of Café No. 4795.

**3.**    Declaration of Janeane Durkee, Assistant Manager of Café No. 3383.

**4.**    Declaration of Baylee Fenton, Assistant Manager of Café No. 4754.

**5.**    Declaration of Brandon Houpt, Assistant Manager of Café No. 4757.

**6.**    Declaration of Julie Magons, Assistant Manager of Café No. 4635.

**7.**    Declaration of David Maier, Assistant Manager of Café No. 4764.

**8.**    Declaration of Sara Ann Morabith, Assistant Manager of Café No. 4647.

**9.**    Declaration of Julie Steed, Assistant Manager of Café No. 4635.

**10.**   Declaration of Marissa Tufts, Assistant Manager of Café No. 4795.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---------------------------------------------------------------

ERIN E. KIS,                                    :
                                                :..........................................................................
                Plaintiff,                      :
                                                :       Case No. 4:18-cv-54
        v.                                      :
                                                :       Judge James Gwin
COVELLI ENTERPRISES, INC.,                      :
                                                :       Magistrate Baughman
                Defendant.                      :
---------------------------------------------------------------

                                               ***

---------------------------------------------------------------
                                                :
CHELSEA ROMANO,                                 :
                                                :
                Plaintiff,                      :
                                                :       Case No. 4:18-cv-434
        v.                                      :
                                                :       Judge James Gwin
COVELLI ENTERPRISES, INC.,                      :
                                                :       Magistrate Baughman
                Defendant.                      :
---------------------------------------------------------------

## <u>DECLARATION</u>

I, _____Valencia Bell_____, declare under penalty of perjury that the

following is true and correct:

        1.      I am over eighteen (18) years old and have personal knowledge of, and am
competent to testify to, the matters set forth in this Declaration.

        2.      On _October 31_, 2018, I met with _Kristina Dahman_ of the
law firm of Ice Miller LLP.  _Kristina_ advised me that Ice Miller LLP represents
my employer and does not represent me.

        3.      I am making this declaration on a voluntary basis.  I have been advised by
my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment.  I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.     I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation.  I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation.  Notwithstanding, I make this declaration on a voluntary basis.

5.     I am employed as an Assistant Manager at Café Number 4625 in _Warrensville Heights_____, Ohio_____.  I have held this position from _June of 2018_ to the present. I've been an employee for the company since July 2013. I became a shift supervisor August of 2015.

6.     The most important aspect of my job as an Assistant Manager is _to make sure everything is prepared and complete to run a good shift. Task are complete, food preperation complete ett._

7.     In my capacity as an assistant manager, my job duties generally include the following (~~initial~~ Check all that apply):

___✓___ Scheduling employees within the Café

_____ Hiring and selecting employees that work within the Café

___✓___ Supervision of employees within the Café

___✓___ Management of food costs

___✓___ Handling customer issues

___✓___ Dealing with administrative documentation and other paperwork required within the Café

___✓___ Training employees

___✓___ Evaluating employees' work

___✓___ Completing performance evaluations for employees

___✓___ Issuing disciplinary action for employees within the Café

___✓___ Assigning daily work activities to employees within the Café

8.     I supervise (about) 50 employees. (total)

9.     I supervise 8|14 employees on a typical shift. (Night/Day)

2

10. ~~I do~~ / do not interview applicants for store positions. My experience with this Café's interview process is: Oreintations, after the applicant is ~~xxxxxxxxx~~ interviewed and hired. Assistant managers can complete the individuals orientation, this is paperwork of company policies and personnal information for file.

11. I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café .     Yes / Ⓝo

12. ⓘ do / do not complete new hire forms.

13. ~~I do~~ / do not have the authority to veto a candidate from hiring.

14. ⓘ do / do not conduct employee orientations. Orientation includes (if applicable):

_____

_____

_____

_____

15. When there is another manager on duty, are certain employees assigned to report directly to you?     Yes / Ⓝo

16. I trained approximately 12 employees in the last year. Training includes: Showing the employee how to prepare food (portioning, food safety) Showing how to use the cash register and handeling money and drawers. Showing how to keep the overall cleanliness in the cafe as a whole. Demostrating good customer service.

17. I prepare work schedules.     Ⓨes / No

18.    I give direction and/or assign tasks to café employees.    (Yes) / No

19.    I do / do not plan and control food costs.

20.    I work 45 hours per week as manager on duty.

21.    When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.    (Yes) / No

22.    I close the café 3 times per week.

23.    I open the café 1 times per week.

24.    (I do) / do not have responsibility to discipline employees.

25.    I have disciplined either in writing or through verbal coaching ____ employees in the last two weeks.    Yes

26.    I have recommended an employee be promoted.    (Yes) No

I've recommended several employee's for shift supervisor promotions who've demonstrated the qualities and characteristics needed for the position. About three of my recommendations were given the position.

27.    I have recommended an employee to be hired and/or fired.    Yes / (No)

_____

_____

_____

28.    (I do) / do not have responsibility for café security.

29.    (I do) / do not have responsibility for cash security.

30.    (I do) / do not have responsibility for any emergencies when I am not on duty.

31.    I have worked with the following assistant managers (circle those that apply):

Christopher Alan Everts

4

Craig Allen Chintella

Sarah Heaton

Carl Barry

32. In reference to the names circled in Paragraph 31, I would describe _Sarah H._ responsibilities as follows: Running the shift, Scheduling, training, food cost counts & planning.

32. In reference to the names circled in Paragraph 31, I would describe _Craig C._ responsibilities as follows: Running shifts, training, food cost (counting /planning) Training.

32. In reference to the names circled in Paragraph 31, I would describe _____ responsibilities as follows: _____

32. In reference to the names circled in Paragraph 31, I would describe _____ responsibilities as follows: _____

33. I would also like to provide the following about my responsibilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 31 day of ___October___, 2018

___Valencia Bell___
Signature

___Valencia Bell___
Printed Name

CO\5958186.4

6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---------------------------------------------------------------

ERIN E. KIS,                              :
                                          :
                  Plaintiff,              :        Case No. 4:18-cv-54
                                          :
         v.                               :        Judge James Gwin
                                          :
COVELLI ENTERPRISES, INC.,                :        Magistrate Baughman
                                          :
                  Defendant.              :

---------------------------------------------------------------

                                        ***

---------------------------------------------------------------

CHELSEA ROMANO,                           :
                                          :
                  Plaintiff,              :        Case No. 4:18-cv-434
                                          :
         v.                               :        Judge James Gwin
                                          :
COVELLI ENTERPRISES, INC.,                :        Magistrate Baughman
                                          :
                  Defendant.              :

---------------------------------------------------------------

## DECLARATION OF ASSISTANT MANAGER

I, _Geoffrey T. Brown_, declare under penalty of perjury that the following is true and correct:

1.     I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2.     On _October 22 & 23_, 2018, I met with _Kristina Bahman + Daniel Culicover_ of the law firm of Ice Miller LLP. _Kristina & Daniel_ advised me that Ice Miller LLP represents my employer and does not represent me.

3.     I am making this declaration on a voluntary basis. I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment.  I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.      I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation.  I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation.   Notwithstanding, I make this declaration on a voluntary basis.

5.      I am employed as an Assistant Manager at Café Number 4795 in _Grandview_____, _Ohio_____.  I have held this position from _April 2015_____ to the present.

6.      The most important aspect of my job as an Assistant Manager is _Running Daily operations, ensuring our customers are well taken care of, and our associates are secure and content in their jobs._

7.      In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

_____  Scheduling employees within the Café

_GB__  Hiring and selecting employees that work within the Café

_GB__  Supervision of employees within the Café

_GB__  Management of food costs

_GB__  Handling customer issues

_GB__  Dealing with administrative documentation and other paperwork required within the Café

_GB__  Training employees

_GB__  Evaluating employees' work

_____  Completing performance evaluations for employees

_GB__  Issuing disciplinary action for employees within the Café

_GB__  Assigning daily work activities to employees within the Café

8.      I supervise _25_ employees.

9.      I supervise _15_ employees on a typical shift.

2

10.    I do / do not interview applicants for store positions. My experience with this Café's interview process is: _We as assistant managers share the responsibility of scheduling interviews, conducting interviews, and conducting orientations. Because of the challenging job market we are expected to contact applicants as soon as we receive their application. Orientations and interviews as well are handled by whoever is available._

11.    I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café .    (Yes)/ No

12.    I (do)/ do not complete new hire forms.

13.    I (do)/ do not have the authority to veto a candidate from hiring.

14.    I (do)/ do not conduct employee orientations. Orientation includes (if applicable):
_Scheduling the associates first week, having them electronically sign payroll, policy, and tax forms, providing them with the employee handbook, and having them sign dress code + tattoo policy forms._

15.    When there is another manager on duty, are certain employees assigned to report directly to you?    Yes /(No)

16.    I trained approximately _2_ employees in the last year. Training includes:
_Supervising trainers and shift supervisors while they are training other associates or taking on new management experience._

17.    I prepare work schedules.    Yes /(No)

3

18.     I give direction and/or assign tasks to café employees.     (Yes) / No

19.     I (do) / do not plan and control food costs.

20.     I work ~~45-47~~ 9-15 hours per week as manager on duty.

21.     When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.     (Yes) / No

22.     I close the café __0__ times per week.

23.     I open the café __5__ times per week.

24.     I (do) / do not have responsibility to discipline employees.

25.     I have disciplined either in writing or through verbal coaching __4__ employees in the last two weeks.

26.     I have recommended an employee be promoted (Yes) / No

In working with one of our associates on a daily basis in the drive-thru I recognized strengths that #I believed would suit her for management, we worked toward promoting her and she is now our newest supervisor.

27.     I have recommended an employee to be hired and/or fired. (Yes) / No

Recently I interviewed a few applicants that I was really impressed with. I wanted to pay them more than our allowed cap, so I wrote requests to our regional manager, which ended up getting approved.

28.     I (do) / do not have responsibility for café security.

29.     I (do) / do not have responsibility for cash security.

30.     I do / (do not) have responsibility for any emergencies when I am not on duty.

31.     I have worked with the following assistant managers (circle those that apply):

(Morris Alejandro Serenatas)

4

Allyson Rose Fenimore

Amanda Kallie Fooce

Elizabeth R. Ensley

32. In reference to the names circled in Paragraph 31, I would describe Morris' responsibilities as follows: Morris wrote the schedule, opened & closed the store each a few days a week, performed hiring tasks & orientations, and was responsible for writing some par-ups.

33. In reference to the names circled in Paragraph 31, I would describe Amanda's responsibilities as follows: Amanda wrote the schedule, closed five nights a week, made the final deposit at the end of the night when she closed, and was responsible for disciplinary action on SWFs.

34. In reference to the names circled in Paragraph 31, I would describe Elizabeth's responsibilities as follows: Elizabeth was hired from outside of the company and had either just finished her management training, or was nearing the end, when she quit. She was closing most shifts she was working.

35. In reference to the names circled in Paragraph 31, I would describe responsibilities as follows: _____

36. I would also like to provide the following about my responsibilities. I am solely responsible for writing par-ups, or dough & bake orders, which are a core part of our daily operations. I base my orders off of weather & sales forecasts, local events, and other factors that may affect what we sell on any given day. I also take care of a lot of maintenance around the store, specifically changing lights & ordering light bulbs, and calling the right vendors for repairs. In addition, I act as our general managers confidant often, as she comes to me with new systems she wants to implement, or problems that we need to solve with people or processes.

5

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 23 day of _October_____, 2018

_____
Signature

_____
Printed Name

CO\5962031.1

6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

------------------------------------------------------------
                                                        :
                                                        :
                                                        :
ERIN E. KIS,                                            : ...........................................................
                                                        :
                   Plaintiff,                           :        Case No. 4:18-cv-54
                                                        :
          v.                                            :        Judge James Gwin
                                                        :
COVELLI ENTERPRISES, INC.,                              :        Magistrate Baughman
                                                        :
                   Defendant.                           :
------------------------------------------------------------

                                              ***

------------------------------------------------------------
                                                        :
                                                        :
                                                        :
CHELSEA ROMANO,                                         :
                                                        :
                   Plaintiff,                           :        Case No. 4:18-cv-434
                                                        :
          v.                                            :        Judge James Gwin
                                                        :
COVELLI ENTERPRISES, INC.,                              :        Magistrate Baughman
                                                        :
                   Defendant.                           :
------------------------------------------------------------

## DECLARATION

I, _Jeneane Durkee_, declare under penalty of perjury that the

following is true and correct:

    1.      I am over eighteen (18) years old and have personal knowledge of, and am
competent to testify to, the matters set forth in this Declaration.

    2.      On _Oct 31_, 2018, I met with _Kristina Dahmann_ of the
law firm of Ice Miller LLP. _Kristina_ advised me that Ice Miller LLP represents
my employer and does not represent me.

    3.      I am making this declaration on a voluntary basis.  I have been advised by
my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment. I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.     I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation. I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation. Notwithstanding, I make this declaration on a voluntary basis.

5. I am employed as an Assistant Manager at Café Number 3383 in _Menter_, _Ohio_. I have held this position from _April 2045_ to the present.

6.     The most important aspect of my job as an Assistant Manager is _Enforcing rules & standards_.

7.     In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

_____ Scheduling employees within the Café

___✓___ Hiring and selecting employees that work within the Café

___✓___ Supervision of employees within the Café

___✓___ Management of food costs

___✓___ Handling customer issues

___✓___ Dealing with administrative documentation and other paperwork required within

the Café

___✓___ Training employees

___✓___ Evaluating employees' work

___✓___ Completing performance evaluations for employees

___✓___ Issuing disciplinary action for employees within the Café

___✓___ Assigning daily work activities to employees within the Café

8.     I supervise _____ employees.

9.     I supervise _10_ employees on a typical shift.

2

10. (I do) / do not interview applicants for store positions. My experience with this Café's interview process is: _There is a worksheet that offers suggested questions & a scoring guide as to whether to hire or not (if they made a good impression)_

11. I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café . (Yes) / No

12. (I do) / do not complete new hire forms.

13. (I do) / do not have the authority to veto a candidate from hiring.

14. I do / (do not) conduct employee orientations. Orientation includes (if applicable): _I have not completed an orientation yet, but will be expected to._

15. When there is another manager on duty, are certain employees assigned to report directly to you?  (Yes) / No

16. I trained approximately _15_ employees in the last year. Training includes: _E learning on the computer first that gives new hires a detailed overview of procedures & policies — then they shadow a trainer, then a manager observes new hire w/ pointers_

17. I prepare work schedules.   Yes / (No)   _Not yet_

3

18.     I give direction and/or assign tasks to café employees.      Yes / No

19.     I do / do not plan and control food costs.

20.     I work ___45___ hours per week as manager on duty.

21.     When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.      Yes / No

22.     I close the café __2-4__ times per week.

23.     I open the café __2-3__ times per week.

24.     I do / do not have responsibility to discipline employees.

25.     I have disciplined either in writing or through verbal coaching employees in the last two weeks.      4

26.     I have recommended an employee be promoted. Yes / No

_____

_____

_____

_____

27.     I have recommended an employee to be hired and/or fired.   Yes / No

_____

_____

_____

_____

28.     I do / do not have responsibility for café security.

29.     I do / do not have responsibility for cash security.

30.     I do / do not have responsibility for any emergencies when I am not on duty.

31.     I have worked with the following assistant managers (circle those that apply):

Alex Ali Khoramshahi

4

Matthew Kittle

Mark Sertich

32. In reference to the names circled in Paragraph 31, I would describe _Alex_ responsibilities as follows: _Alex had to work 45 hours, train new employees, do food costs, enforce procedures. He did all of these things very poorly._

32. In reference to the names circled in Paragraph 31, I would describe _Matthew_ responsibilities as follows: _Matthew worked here for a very short period of time, after being transferred from a corporate store._

32. In reference to the names circled in Paragraph 31, I would describe _Mark Sertich_ responsibilities as follows: _Mark took on a lot of responsibilities while he was here. He worked 45 hours, did schedules, & enforced policies._

33. I would also like to provide the following about my responsibilities. _I understand I am not asked to work more than 45 hours & if I do so, it is on my own. Before starting as an assistant manager, I was trained in each position in the store. In addition, training was completed thru e-learning & with a certified trainer._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _31_ day of _October_, 2018

_Laneen Duvice_
Signature

_Janeane Duvicee_
Printed Name

5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

------------------------------------------------------------

ERIN E. KIS,

                Plaintiff,

    v.

COVELLI ENTERPRISES, INC.,

           Defendant.

Case No. 4:18-cv-54

Judge James Gwin

Magistrate Baughman

------------------------------------------------------------

\*\*\*

------------------------------------------------------------

CHELSEA ROMANO,

                Plaintiff,

    v.

COVELLI ENTERPRISES, INC.,

           Defendant.

Case No. 4:18-cv-434

Judge James Gwin

Magistrate Baughman

------------------------------------------------------------

## DECLARATION

I, _Baylee Fenton_, declare under penalty of perjury that the following is true and correct:

        1.    I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

        2.    On _October 29_, 2018, I met with _Kristina Dahmann_ of the law firm of Ice Miller LLP. _Kristina_ advised me that Ice Miller LLP represents my employer and does not represent me.

        3.    I am making this declaration on a voluntary basis. I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment. I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4. I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation. I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation. Notwithstanding, I make this declaration on a voluntary basis.

5. I am employed as an Assistant Manager at Café Number __4754__ in ___Blacklick___, ___Ohio___. I have held this position from __November 2017__ to the present. __to me__

6. The most important aspect of my job as an Assistant Manager is __training my associates properly. Giving them feedback and making sure they are understanding the correct way to do their jobs.__

7. In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

_____ Scheduling employees within the Café

__BF__ Hiring and selecting employees that work within the Café

__BF__ Supervision of employees within the Café

_____ Management of food costs

__BF__ Handling customer issues

__BF__ Dealing with administrative documentation and other paperwork required within the Café

__BF__ Training employees

__BF__ Evaluating employees' work

__BF__ Completing performance evaluations for employees

__BF__ Issuing disciplinary action for employees within the Café

__BF__ Assigning daily work activities to employees within the Café

8. I supervise __40__ employees.

9. I supervise __10__ employees on a typical shift. __I work a variety of shifts. Typically there are 5-15 employees on one shift.__

2

10. I do / do not interview applicants for store positions. My experience with this Café's interview process is: _very prompt and to the point. We ask the same questions for each person and always get a variety of different answers. We are picky at this location for who we hire._

11. I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café .   Yes / No

12. I do / do not complete new hire forms.

13. I do / do not have the authority to veto a candidate from hiring.

14. I do / do not conduct employee orientations. Orientation includes (if applicable): _filling out the hiring paper work, signing the handbook and dress code, discussing training, and providing a tour of the store._

15. When there is another manager on duty, are certain employees assigned to report directly to you?   Yes / No  _There are zone leaders, usually a specific employee assigned to keep the zone in order._

16. I trained approximately _15_ employees in the last year. Training includes: _Training has a lot of aspects to it, and it's different for every position. There is not only hands on training, but also computer training. It takes up to two weeks to be fully trained on the cafe and in the bakery._  _Not enough space_

17. I prepare work schedules.   Yes / No

3

18. I give direction and/or assign tasks to café employees. (Yes) / No

19. I do / do not plan and control food costs.

20. I work _20_ hours per week as manager on duty. 20 - 30 hours

21. When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed. Yes / No

22. I close the café _2_ times per week. Average

23. I open the café _2_ times per week. Average

24. I (do) / do not have responsibility to discipline employees.

25. I have disciplined either in writing or through verbal coaching _4_ employees in the last two weeks.

26. I have recommended an employee be promoted (Yes) / No

Scott Middaugh, who is at Bexley now, was an associate that I really pushed to become a manager because he was an excellent employee.

27. I have recommended an employee to be hired and/or fired. (Yes) / No

I am in charge of the hiring, but TJ and I make the decision to hire together. If I really want to hire someone then TJ usually lets me because I am really good at hiring good employees

28. I (do) / do not have responsibility for café security.

29. I (do) / do not have responsibility for cash security.

30. I (do) / do not have responsibility for any emergencies when I am not on duty.

31. I have worked with the following assistant managers:

4

Arlene Imbert              Kyle Asher Lewis           Robert Cartwright

Emily Ann Hoerig          Lydia Ann Meadows          Tyler Wilkey   — As a General Manager

32.    In reference to the names circled in Paragraph 31, I would describe Robert Cartwright's responsibilities as follows: Closing the store, running shifts, cleaning the dining room. Handling money.

33.    In reference to the names circled in Paragraph 31, I would describe Emily Hoering responsibilities as follows: I only worked with her while she was training, she was learning how to run shift and close the store while she was here.

34.    In reference to the names circled in Paragraph 31, I would describe Lydia Meadows responsibilities as follows: mostly worked with her while she was training, she took on the responsibility of hiring after she was finished.

35.    In reference to the names circled in Paragraph 31, I would describe Tyler Wilkey responsibilities as follows: I only worked with him while he was a GM. He ran shift, handled food cost, delt with customers, handled money.

36.    I    would    also    like    to    provide    the    following:

5

_____
_____
_____
_____
_____
_____

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed on 29th day of October, 2018

Signature

Printed Name

6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

-----------------------------------------------------------
                                            :
                                            :
ERIN E. KIS,                                : .................................................................
                                            :
            Plaintiff,                      :        Case No. 4:18-cv-54
                                            :
      v.                                    :        Judge James Gwin
                                            :
COVELLI ENTERPRISES, INC.,                  :        Magistrate Baughman
                                            :
            Defendant.                      :
-----------------------------------------------------------

                                         ***

-----------------------------------------------------------
                                            :
                                            :
CHELSEA ROMANO,                             :
                                            :
            Plaintiff,                      :        Case No. 4:18-cv-434
                                            :
      v.                                    :        Judge James Gwin
                                            :
COVELLI ENTERPRISES, INC.,                  :        Magistrate Baughman
                                            :
            Defendant.                      :
-----------------------------------------------------------

## DECLARATION

I, ___Brandon Hoyt___, declare under penalty of perjury that the following is true and correct:

1.     I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2.     On _10/26_, 2018, I met with _Kristina Dahman_ of the law firm of Ice Miller LLP. _Kristina Dahman_ advised me that Ice Miller LLP represents my employer and does not represent me.

3.     I am making this declaration on a voluntary basis. I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment.  I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.     I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation.  I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation.   Notwithstanding, I make this declaration on a voluntary basis.

5.     I am employed as an Assistant Manager at Café Number 4757 in _Bexley_____, OH_____.  I have held this position from _March, 2018_____ to the present.

6.     The most important aspect of my job as an Assistant Manager is _Customer Satisfaction._____
_____.

7.     In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

_____✓___ Scheduling employees within the Café

_____✓___ Hiring and selecting employees that work within the Café

_____✓___ Supervision of employees within the Café

_____ Management of food costs

_____✓___ Handling customer issues

_____✓___ Dealing with administrative documentation and other paperwork required within the Café

_____✓___ Training employees

_____✓___ Evaluating employees' work

_____✓___ Completing performance evaluations for employees

_____✓___ Issuing disciplinary action for employees within the Café

_____✓___ Assigning daily work activities to employees within the Café

8.     I supervise 18 employees.

9.     I supervise 5 employees on a typical shift.

2

10.     I do / do not interview applicants for store positions. My experience with this Café's interview process is: _I have done less than 10 interviews this is due ~~because~~ to the hiring Manager running late or going home. After the interview, I usually schedule an interview with the applicant with the ~~store~~ Manager in charge of hiring or collect their phone number so that we can contact them._

11.     I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café .     Yes (No)

12.     I do / (do not) complete new hire forms.

13.     I do (do not) have the authority to veto a candidate from hiring.

14.     I do / (do not) conduct employee orientations. Orientation includes (if applicable):

_Filling out Paperwork (tax forms, availability)_
_tour of the store_
_~~Walk~~ Hand out of Company Policy_

15.     When there is another manager on duty, are certain employees assigned to report directly to you?     (Yes) / No

16.     I trained approximately __5__ employees in the last year. Training includes:

_Computer e-learning_
_hands on/off approach_

17.     I prepare work schedules.     (Yes) / No

3

18.   I give direction and/or assign tasks to café employees.   (Yes)/ No

19.   I do (do not) plan and control food costs.

20.   I work 50 hours per week as manager on duty.

21.   When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.   (Yes)/ No

22.   I close the café 5 times per week.

23.   I open the café 0 times per week.

24.   (I do)/ do not have responsibility to discipline employees.

25.   I have disciplined either in writing or through verbal coaching 5 employees in the last two weeks.

26.   I have recommended an employee be promoted. (Yes) / No

_____

_____

_____

_____

27.   I have recommended an employee to be hired and/or fired. (Yes)/ No

_____

_____

_____

_____

28.   (I do)/ do not have responsibility for café security.

29.   (I do)/ do not have responsibility for cash security.

30.   I do / (do not) have responsibility for any emergencies when I am not on duty.

31.   I have worked with the following assistant managers:

(Seth Starr)          (Robert Cartwright)          (Vanessa Christine Lee)

4

Chrisina Marie Martin          (Tyler Wilkey)              Ivett Domalewski

(Lydia Ann Meadows)            Cody Jacob Snider

Morris Alejandro               (Emily Ann Hoerig)
Serenatas

                               Seth Carringer

32.    In reference to the names circled in Paragraph 31, I would describe Robert
Cartwright's responsibilities as follows: ~~More R~~ he has more responsibilities
than me. He ~~takes on~~ a lot more ~~o~~ to tackle even
is given
though I keep saying I would like to expand my learning.

_____.

33.    In reference to the names circled in Paragraph 31, I would describe
_____ responsibilities as follows: _____
_____
_____
_____
_____
_____.

34.    In reference to the names circled in Paragraph 31, I would describe
_____ responsibilities as follows: _____
_____
_____
_____
_____
_____.

35.    In reference to the names circled in Paragraph 31, I would describe
_____ responsibilities as follows: _____
_____
_____
_____
_____
_____.

36.    I    would    also    like    to    provide    the    following:

_____

5

Any manager is going to have over time. I've done it multiple times
& and haven't gotten upset about it. we are here to make our
guests happy and if staying late, coming n early going
over on hours means that, then so be it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 26 day of October , 2018

Brandon Haupt
Signature

Brandon Haupt
Printed Name

CO\5965686.1

6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

----------------------------------------------------------

ERIN E. KIS,

             Plaintiff,

          v.

COVELLI ENTERPRISES, INC.,

             Defendant.

:
:
:
:
:
:
:
:
:
:
:

Case No. 4:18-cv-54

Judge James Gwin

Magistrate Baughman

----------------------------------------------------------

\*\*\*

----------------------------------------------------------

CHELSEA ROMANO,

             Plaintiff,

          v.

COVELLI ENTERPRISES, INC.,

             Defendant.

:
:
:
:
:
:
:
:
:
:
:

Case No. 4:18-cv-434

Judge James Gwin

Magistrate Baughman

----------------------------------------------------------

## DECLARATION

I, _Julie Magons_, declare under penalty of perjury that the following is true and correct:

1.      I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2.      On _October 23_, 2018, I met with _Kristina Dahmann_ of the law firm of Ice Miller LLP.  _Kristina Dahmann_ advised me that Ice Miller LLP represents my employer and does not represent me.

3.      I am making this declaration on a voluntary basis.  I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment.  I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.     I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation.  I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation.  Notwithstanding, I make this declaration on a voluntary basis.

5.     I am employed as an Assistant Manager at Café Number _4635_ in _Wadsworth_, _OH_.  I have held this position from _March 14, 2018_ to the present. *(approximately)* *I have held this position at Cafe 4813 in Stow, OH from October 17, 2017 until March 14, 2018.*

6.     The most important aspect of my job as an Assistant Manager is *to support the Cafe operations through systems placed by Panera Bread and Covelli Enterprises. This is accomplished through the areas of customer service, employee training, and administrative support, food cost ordering.*

7.     In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

_JM_ Scheduling employees within the Café *(mostly scheduling new employees for training)*

_____ Hiring and selecting employees that work within the Café

_JM_ Supervision of employees within the Café

_JM_ Management of food costs

_JM_ Handling customer issues

_JM_ Dealing with administrative documentation and other paperwork required within the Café

_JM_ Training employees

_JM_ Evaluating employees' work

_____ Completing performance evaluations for employees

_JM_ Issuing disciplinary action for employees within the Café

_JM_ Assigning daily work activities to employees within the Café

8.     I supervise _8-12_ employees. *on a typical day*

9.     I supervise _7-10_ employees on a typical shift. *during evening shifts 8-12 during daytime shifts, when Manager In Charge*

2

10. I do / do not interview applicants for store positions. My experience with this Café's interview process is: _Jamie (General Manager) ~~the~~ schedules and conducts interviews. However, when I first was placed in this café, I was asked to conduct first interviews (only). This was because Jamie was on maternity leave and another Assistant Manager was here in her place._

11. I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café . Yes / No  But see paragraph 10

12. I do / do not complete new hire forms.

13. I do / do not have the authority to veto a candidate from hiring.  Or at least I haven't had that issue arise.

14. I do / do not conduct employee orientations. Orientation includes (if applicable): _Completion of W-4 and I-9 forms, review and acknowledgement of Covelli/Panera Bread handbook, as well as forms regarding cash handling, equipment and chemical use (cleaning), confidentiality, and others with regard to employment at Panera._

15. When there is another manager on duty, are certain employees assigned to report directly to you? Yes / No  see #35

16. I trained approximately _30_ (new employees) employees in the last year. Training includes: _New employee orientation, e-learning presentation, working with associate trainer to implement correct systems, however, training is ongoing on a daily basis with both new and longer-time employees. This would include reinforcement of procedures and systems, as well as introducing new products, procedures and systems._

17. I prepare work schedules. Yes / No  _I have not assumed the "scheduling manager" role as a relatively new Assistant Manager, but I am able to schedule in employees, where I see holes in the schedule, new employees for training, and employees_

3

18.    I give direction and/or assign tasks to café employees.    (Yes)/ No

19.    I (do) / do not plan and control food costs.

20.    I work 35-45 hours per week as manager on duty. *I am occasionally scheduled for shifts acting as a managing zone leader (support for managers in charge)*

21.    When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.    (Yes)/ No

22.    I close the café 3-4 times per week.

23.    I open the café __1__ times per week.

24.    I (do) / do not have responsibility to discipline employees.

25.    I have disciplined either in writing or through verbal coaching __3__ employees in the last two weeks.

26.    I have recommended an employee be promoted. (Yes) / No

*This was based on when I did give first interviews. After second interviews, some I recommended were hired, others were not.*

27.    I have recommended an employee to be hired and/or fired. (Yes) / No

*Hired, not fired.*

28.    I (do) / do not have responsibility for café security.

29.    I (do) / do not have responsibility for cash security.

30.    I do / (do not) have responsibility for any emergencies when I am not on duty. *- However I would make myself available if support was needed in an emergency. I am not put off if I was contacted while off-duty.*

31.    I have worked with the following assistant managers: *(4635) (Medina) (483) Julie Steed, Danielle Otterbacher, Danielle Fink, Toni Noel (4813).*

4

32. In reference to the names circled in Paragraph 31, I would describe _Julie Steed's_ responsibilities as follows: _Julie's responsibilities are very much in line with my own, with the exception that she schedules employees' for their work weeks. As a newer Assistant, I have not yet been introduced to that task._

33. In reference to the names circled in Paragraph 31, I would describe _Toni Noel's_ responsibilities as follows: _again, Toni's responsibilities paralleled mine. She, too, scheduled employees, where I did not. I was more directly involved with Food Cost._

34. I would also like to provide the following about my responsibilities.

35) _When more than one manager on duty, managers are typically placed in service and production zones. Bakery, dining room employees would report to manager deployed in service zone. Production line employees would report to production zone manager._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _23rd_ day of _October_____, 2018

_Julie Magon_
Signature

_Julie Magons_
Printed Name

CO\5962741.1

5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

```
---------------------------------------------------------   :
                                                            :
                                                            :
ERIN E. KIS,                                                : ...........................................................
                                                            :
                   Plaintiff,                               :        Case No. 4:18-cv-54
                                                            :
          v.                                                :        Judge James Gwin
                                                            :
COVELLI ENTERPRISES, INC.,                                  :        Magistrate Baughman
                                                            :
                   Defendant.                               :
---------------------------------------------------------
                                                          ***
---------------------------------------------------------   :
                                                            :
                                                            :
CHELSEA ROMANO,                                             :
                                                            :
                   Plaintiff,                               :        Case No. 4:18-cv-434
                                                            :
          v.                                                :        Judge James Gwin
                                                            :
COVELLI ENTERPRISES, INC.,                                  :        Magistrate Baughman
                                                            :
                   Defendant.                               :
---------------------------------------------------------
```

## DECLARATION

I, _David Maier_, declare under penalty of perjury that the following is true and correct:

1.      I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2.      On _October 26_, 2018, I met with _Daniel Culicover_ of the law firm of Ice Miller LLP. _Daniel Culicover_ advised me that Ice Miller LLP represents my employer and does not represent me.

3.      I am making this declaration on a voluntary basis.  I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment. I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4. I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation. I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation. Notwithstanding, I make this declaration on a voluntary basis.

Dec, 2016 promoted to GM
April 2017 wanted to assistant

5. I am employed as an Assistant Manager at Café Number 4764 in Columbus , Ohio . I have held this position from ~~Oct~~ Nov, 2016 to the present.

6. The most important aspect of my job as an Assistant Manager is Run shift, help out where help is needed, fill in any gaps of coverage

7. In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

DM  Scheduling employees within the Café

DM  Hiring and selecting employees that work within the Café

DM  Supervision of employees within the Café

DM  Management of food costs

DM  Handling customer issues

DM  Dealing with administrative documentation and other paperwork required within the Café

DM  Training employees

DM  Evaluating employees' work

DM  Completing performance evaluations for employees

_____  Issuing disciplinary action for employees within the Café

DM  Assigning daily work activities to employees within the Café

8. I supervise 25 employees.

9. I supervise 8 employees on a typical shift.

2

10.    I do / do not interview applicants for store positions. My experience with this Café's interview process is: _quite simple. I call applicants and set up interviews with my GM or myself. I look for people with upbeat personalities and open availabilities._

11.    I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café .    Yes / No

12.    I do / do not complete new hire forms.

13.    I do / do not have the authority to veto a candidate from hiring.

14.    I do / do not conduct employee orientations. Orientation includes (if applicable): _Paper work, Computer documents, give hat + name tag, tour of store while explain their role within each place of the cafe. Go over dress code, set up Baguette University, make training schedule with Planet Bread attendance._

15.    When there is another manager on duty, are certain employees assigned to report directly to you?       Yes / No

16.    I trained approximately _25_ employees in the last year. Training includes: _I was a training specialist. First day they shadow Second day shoulder to shoulder, Third day I shadow them._

17.    I prepare work schedules.    Yes / No

3

18.     I give direction and/or assign tasks to café employees.        (Yes)/ No

19.     I (do) / do not plan and control food costs.

20.     I work 45-50 hours per week as manager on duty.

21.     When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.        (Yes)/ No

22.     I close the café _0_ times per week.

23.     I open the café _3_ times per week.

24.     I do /(do not) have responsibility to discipline employees.

25.     I have disciplined either in writing or through verbal coaching _0_ employees in the last two weeks.

26.     I have recommended an employee be promoted. (Yes)/ No

I have rescomended one employee + we went farward with her but she didnt work out

_____

_____

27.     I have recommended an employee to be hired and/or fired. (Yes) No

I have had 1 employee who drew his 4th write up and told my GM(ae) he needed to be Fired

_____

28.     I (do) / do not have responsibility for café security.

29.     I (do) / do not have responsibility for cash security.

30.     I (do) / do not have responsibility for any emergencies when I am not on duty.

31.     I have worked with the following assistant managers (circle those that apply):

1. Ashley Elizabeth Kohli

4

2. Tyler Wilkey

3. Sandra E. Wall

4. Jessica B. Embree

5. Heather Hazlett

6. Cody Jacob Snider

7. Michael Justin Large

32. In reference to the names circled in Paragraph 31, I would describe _Sandra Walls_ responsibilities as follows: She was my Assistant while I was a GM. She was in charge of closing some week days, opening on weekends. She made the manager schedule. Took charge of cleaning duties

[Repeat for all Opt-in Plaintiffs that have previously worked at Café]

33. I would also like to provide the following about my responsibilities. I was a GM and stepped down voluntarily to be trained more properly. Now I am focusing on each task a GM takes on individually to master them all: AM = Sygma, putting truck away, interviewing, making employee schedule, counting EOM, training specialist, payups, office administrative work, produce orders, equipment orders, store upkeep.

GM = All tasks of "AM" listed above, managers schedule, ledger proofing, GM meetings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 26th day of ___October___, 2018

_David Maier_
Signature

David Maier
Printed Name

CO\5958186.4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

------------------------------------------------------------

ERIN E. KIS,

                Plaintiff,

        v.

COVELLI ENTERPRISES, INC.,

              Defendant.

Case No. 4:18-cv-54

Judge James Gwin

Magistrate Baughman

------------------------------------------------------------

***

------------------------------------------------------------

CHELSEA ROMANO,

                Plaintiff,

        v.

COVELLI ENTERPRISES, INC.,

              Defendant.

Case No. 4:18-cv-434

Judge James Gwin

Magistrate Baughman

------------------------------------------------------------

## __DECLARATION__

I, _Sara Ann Morabith_ declare under penalty of perjury that the following is true and correct:

    1.    I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

    2.    On _November 3_, 2018, I met with _Heather Adams_ of the law firm of Ice Miller LLP. _Heather Adams_ advised me that Ice Miller LLP represents my employer and does not represent me.

    3.    I am making this declaration on a voluntary basis. I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment.  I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.     I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation.  I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation.  Notwithstanding, I make this declaration on a voluntary basis.

5.     I am employed as an Assistant Manager at Café Number _4047_ in _Brunwilk_, _OH_.  I have held this position from _August 2015_ to the present.

6.     The most important aspect of my job as an Assistant Manager is _providing adequate or exceptional services to visitors at our location, while following standards set by Covelli Enterprises_

7.     In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

_SM_ Scheduling employees within the Café

_see question 10_ Hiring and selecting employees that work within the Café

_SM_ Supervision of employees within the Café

_SM_ Management of food costs

_SM_ Handling customer issues

_SM_ Dealing with administrative documentation and other paperwork required within the Café

_SM_ Training employees

_SM_ Evaluating employees' work

_SM_ Completing performance evaluations for employees

_SM_ Issuing disciplinary action for employees within the Café

_SM_ Assigning daily work activities to employees within the Café

8.     I supervise _approx. 30_ employees.

9.     I supervise _approx. 15_ employees on a typical shift.

2

10. I (do) / do not interview applicants for store positions. My experience with this Café's interview process is: I will will give a first interview and set up for a second interview with the general manager to do the hiring. I spend about 10-15 minutes with the interviewee and decide whether to bring them back or not.

11. I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café . Yes / No  - general manager looks threw applications & sets up interviews.

12. I (do) / do not complete new hire forms.

13. I (do) / do not have the authority to veto a candidate from hiring.

14. I (do) / do not conduct employee orientations. Orientation includes (if applicable): We recently moved to electronic orientations. We will go over policies, standards, expectations, etc... We will show them around the store and welcome them to the team, and put them on the schedule.

15. When there is another manager on duty, are certain employees assigned to report directly to you? (Yes) / No

16. I trained approximately 20-25 employees in the last year. Training includes: associate positions: bakery, register, line, drive through, drive thru dining room. For management positions it includes: cleaning, nightly paperwork, food cost, and scheduling, and morning paperwork.

17. I prepare work schedules. (Yes) / No

3

18. I give direction and/or assign tasks to café employees. (Yes)/ No

19. (I do)/ do not plan and control food costs.

20. I work 45 hours per week as manager on duty.

21. When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed. (Yes)/ No

22. I close the café 2-3 times per week.

23. I open the café 1-2 times per week.

24. I (do)/do not have responsibility to discipline employees.

25. I have disciplined either in writing or through verbal coaching 1 employees in the last two weeks.

26. I have recommended an employee be promoted. (Yes)/ No

The general manager, other assistant, and shift supervisors will get together and discuss potential candidates and voice if we think he/she would be a good candidate for a promotion.

27. I have recommended an employee to be hired and/or fired. (Yes)/No

I have very open communication with the general manager when it comes to the performance of co-workers. We will have a constructive talk about their job performance.

28. I (do)/ do not have responsibility for café security.

29. I (do)/ do not have responsibility for cash security.

30. I (do)/ do not have responsibility for any emergencies when I am not on duty.

31. I have worked with the following assistant managers:

Margaret A. Milovanovic    Jennifer Carroll Miodragovic    Erin E. Leneghan

4

32.   In reference to the names circled in Paragraph 31, I would describe Margaret   A.   Milovanovic's   responsibilities   as   follows:

I worked with Margaret @ the Strongsville location. She was in charge of mainly the weekly inventory or food cost. She did close the cafe a couple times a week. She was very nice but a bit blunt at times. She was also responsible for keeping up with standards, rules, etc.

33.   In reference to the names circled in Paragraph 31, I would describe Jennifer   Carroll   Miodragovic   responsibilities   as follows:

I also worked with Jennifer at the Strongsville location. She was the first assistant, while Margaret was second. Her main responsibilities were scheduling as well as keeping up with regulations, standards, policies, etc. She would also do truck orders when the general manger was unavailable.

34.   In reference to the names circled in Paragraph 31, I would describe Erin E. Leneghan   responsibilities   as   follows:

I only knew Erin for a very short time at the Brunswick location. It was only a week or so. Beside keeping up with standards and such, I am not sure what else she was responsible for.

35.   In reference to the names circled in Paragraph 31, I would describe _____ responsibilities as follows: _____

36.   I   would   also   like   to   provide   the   following:

I think it's very important to understand the morale of your location. Being in any management position it is important to be positive and remain calm in stressful situations. The better with fellow co-workers. The happier they are the better the job, & the longer they'll stay

5

_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3_ day of _November_, 2018

_Sara Morabith_
Signature

_Sara Morabith_
Printed Name

CO\5965686.1

6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

--------------------------------------------------------
:
:
:
ERIN E. KIS,                                            : ...........................................................
:
         Plaintiff,                                     :          Case No. 4:18-cv-54
:
    v.                                                  :          Judge James Gwin
:
COVELLI ENTERPRISES, INC.,                              :          Magistrate Baughman
:
                  Defendant.                            :
--------------------------------------------------------

***

--------------------------------------------------------
:
:
:
CHELSEA ROMANO,                                         :
:
         Plaintiff,                                     :          Case No. 4:18-cv-434
:
    v.                                                  :          Judge James Gwin
:
COVELLI ENTERPRISES, INC.,                              :          Magistrate Baughman
:
                  Defendant.                            :
--------------------------------------------------------

## DECLARATION

I, _Julie Steed_, declare under penalty of perjury that the following is true and correct:

1.     I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2.     On _Oct. 23_, 2018, I met with _Kristina Dahmann_ of the law firm of Ice Miller LLP. _Kristina Dahmann_ advised me that Ice Miller LLP represents my employer and does not represent me.

3.     I am making this declaration on a voluntary basis. I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment.  I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.    I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation.  I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation.   Notwithstanding, I make this declaration on a voluntary basis.

5.    I am employed as an Assistant Manager at Café Number 4035 in Wadsworth , Ohio .  I have held this position from March 2014 to the present. In Wadsworth, since April 2016

6.    The most important aspect of my job as an Assistant Manager is to come in & help keep the store running smoothly. Make sure associates are in proper uniform, nothing is needed right away, especially baking product.

7.    In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

JS___ Scheduling employees within the Café

JS___ Hiring and selecting employees that work within the Café — we do the first interview, Gm does the 2nd.

JS___ Supervision of employees within the Café

JS___ Management of food costs

JS___ Handling customer issues

JS___ Dealing with administrative documentation and other paperwork required within the Café

JS___ Training employees

JS___ Evaluating employees' work

JS___ Completing performance evaluations for employees

JS___ Issuing disciplinary action for employees within the Café

JS___ Assigning daily work activities to employees within the Café

8.    I supervise 30 employees.

9.    I supervise 6-10 employees on a typical shift.

2

10. I do / do not interview applicants for store positions. My experience with this Café's interview process is: I do make calls to set up interviews. I have done the first interviews numerously. If I think they may be a good fit, I will set them up for a 2nd interview withe the GM. From there she decides to hire or not.

11. I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café . Yes / No

12. I do / do not complete new hire forms.

13. I do / do not have the authority to veto a candidate from hiring.

14. I do / do not conduct employee orientations. Orientation includes (if applicable):

We go over their pay, what position they will learn, go over all of our policies in store including behavior, dress code, expectations. We go over a handbook & they keep that. Next we set them up with a training schedule.

15. When there is another manager on duty, are certain employees assigned to report directly to you? Yes / No

16. I trained approximately 10-20 employees in the last year. Training includes:

going over shift routines, verifying dress code, putting them onto computer e-learning videos, overseeing training plan with their associate trainer. I have also trained associates being promoted to shift supervisors. I train shifts on

17. I prepare work schedules. Yes / No

opening/closing the store, counting drawers & the safe along with shift routines.

3

18.     I give direction and/or assign tasks to café employees.     (Yes)/ No

19.     I (do)/ do not plan and control food costs.

20.     I work _45_ hours per week as manager on duty. — *we work 5 days a week — 9 hour days*

21.     When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.     (Yes)/ No

22.     I close the café _3-5_ times per week.

23.     I open the café _1-2_ times per week. — *Occassionally*

24.     I (do)/ do not have responsibility to discipline employees.

25.     I have disciplined either in writing or through verbal coaching _10-15_ employees in the last two weeks.

26.     I have recommended an employee be promoted. (Yes)/ No

*I look for good work ethic among employees, someone to take leadership roles. Jamie will ask all of us managers for opinions on promotions & she looks for us to do recommendations.*

27.     I have recommended an employee to be hired and/or fired. (Yes)/ No

*I can do the first interview & if I see potential in an employee, I can set them up for a 2nd interview with Jamie. I can do write ups for employees that could eventually lead to their termination.*

28.     I (do)/ do not have responsibility for café security.

29.     I (do)/ do not have responsibility for cash security.

30.     I (do)/ do not have responsibility for any emergencies when I am not on duty. — *may have to come in to help cover a shift*

31.     I have worked with the following assistant managers:

*#4047 Brunswick — Kathleen Hermann & Emily*
*#3397 Fairlawn — Justine & Tatianna*
*#3371 Montrose — Christina Dacosta, Joe B, Sarah, Mary Kay Riccardi, Haaseeb*
*#4035 Wadsworth — Stephanie Starre, Julie Magens, Erin Kis, Sarah*
*3391 Strongsville — Megan Milanovic,*

_____

_____

_____.

32.    In reference to the names circled in Paragraph 31, I would describe
Erin _____ responsibilities as follows: running shift-we usually
took turns running Sundays & Mondays as the MIC (manager in charge)
She also did food cost inventory on Tuesday nights.
We both equally closed at least 2 times a week
She also disciplined employees .

33.    In reference to the names circled in Paragraph 31, I would describe
Stephanie/Sarah _____ responsibilities as follows: Stephanie was in charge of
schedules when I first came here so I did food cost. She
also closed at least twice a week & would run Mondays
while I did Sundays. When she got transferred, Sarah
came to the store - She took over food cost & I
did schedules. She also closed.
                    Sarah

34.    I would also like to provide the following about my responsibilities.
I typically do the schedules but also help with
inventory on both Tuesday nights & for mid/end of
month. Julie & I generally share responsibilities between
inventory, training & running shifts. 3 of our current shift
supervisors are ones I have recommended & have helped
train & growing in the company. Similar things have
happened at previous stores I have worked at we
typically all help to share the duties.
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 23 day of October _____, 2018

_____
Signature

Julie Steed
_____
Printed Name

CO\5962741.1

5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

-------------------------------------------------------------

ERIN E. KIS,

                     Plaintiff,

        v.

COVELLI ENTERPRISES, INC.,

                     Defendant.

Case No. 4:18-cv-54

Judge James Gwin

Magistrate Baughman

-------------------------------------------------------------

\*\*\*

-------------------------------------------------------------

CHELSEA ROMANO,

                     Plaintiff,

        v.

COVELLI ENTERPRISES, INC.,

                     Defendant.

Case No. 4:18-cv-434

Judge James Gwin

Magistrate Baughman

-------------------------------------------------------------

## <u>DECLARATION OF ASSISTANT MANAGER</u>

I, _Marissa Tufts_ , declare under penalty of perjury that the following is true and correct:

      1.    I am over eighteen (18) years old and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

      2.    On _Oct. 25th_ , 2018, I met with _Daniel Culicover_ of the law firm of Ice Miller LLP. _Daniel Culicover_ advised me that Ice Miller LLP represents my employer and does not represent me.

      3.    I am making this declaration on a voluntary basis. I have been advised by my employer's lawyer that the making of this declaration is not required as a condition of my

1

employment.  I have not been promised any benefit for making the declaration nor have I been coerced or threatened in any manner regarding making this declaration.

4.     I have been advised by my employer's lawyer that this declaration is part of an investigation into a pending lawsuit about employees required to work without proper compensation.  I understand that I may be eligible to participate in this lawsuit and may, if such claims are proven, be entitled to monetary compensation.  Notwithstanding, I make this declaration on a voluntary basis.

5.     I am employed as an Assistant Manager at Café Number 4795 in _Columbus, Ohio_____, _____.  I have held this position from _Late August 2016_ to the present.

6.     The most important aspect of my job as an Assistant Manager is _Managing the needs of staff & guests so that our restaurant may succeed_.

7.     In my capacity as an assistant manager, my job duties generally include the following (initial all that apply):

_MP_ Scheduling employees within the Café

_MP_ Hiring and selecting employees that work within the Café

_MP_ Supervision of employees within the Café

_____ Management of food costs

_MP_ Handling customer issues

_MP_ Dealing with administrative documentation and other paperwork required within the Café

_MP_ Training employees

_MP_ Evaluating employees' work

_MP_ Completing performance evaluations for employees

_MP_ Issuing disciplinary action for employees within the Café

_MP_ Assigning daily work activities to employees within the Café

8.     I supervise _15_ employees.

9.     I supervise _10_ employees on a typical shift.

2

10. (I do)/ do not interview applicants for store positions. My experience with this Café's interview process is: Calling applicants occasionally, Organizing interview times, Reviewing applications & taking detailed notes during the interview. Hiring & setting up orientations

11. I screen applicants' resumes, select candidates to interview and/ or interview candidate for employment at the café . (Yes)/ No

12. (I do) / do not complete new hire forms.

13. (I do)/ do not have the authority to veto a candidate from hiring.

14. (I do)/ do not conduct employee orientations. Orientation includes (if applicable): - Verifying payroll info.
   - Walkthrough of uniform policy, tattoo policy, issuing a hat
   - Verifying identity & assisting (w/ completion of mandatory forms.
   - Invitation to planet bread (Welcoming to the company)
   - Creation of availability forms & training schedule
   - Creation of paper file, sending in background checks that apply
   - Assuring employee understands the forms they're filling out & sending them to the main office.

15. When there is another manager on duty, are certain employees assigned to report directly to you? (Yes)/ No

16. I trained approximately 15 employees in the last year. Training includes:
   - Informing the associates about the uniform policy, Panera standards & general conduct.
   - Hands on training (w/ whatever position they are assigned
   - Going over checklists & Training routines.
   - Tour of the cafe & introductions to staff

17. I prepare work schedules. (Yes)/ No

3

18.     I give direction and/or assign tasks to café employees.     (Yes) No

19.     I do / (do not) plan and control food costs.

20.     I work _57_ hours per week as manager on duty.

21.     When I am the manager on duty, I am responsible for making sure that the Café's policies and procedures are followed.     (Yes) / No

22.     I close the café _5_ times per week.

23.     I open the café _∅_ times per week.

24.     (I do) / do not have responsibility to discipline employees.

25.     I have disciplined either in writing or through verbal coaching _20_ employees in the last two weeks.

26.     I have recommended an employee be promoted. (Yes) No

_Has sat down w/ the GM regarding multiple associates_
_being promoted to shift supervisorss or associate trainers_

27.     I have recommended an employee to be hired and/or fired.  (Yes) No

28.     (I do) / do not have responsibility for café security.

29.     (I do) / do not have responsibility for cash security.

30.     (I do) / do not have responsibility for any emergencies when I am not on duty.

31.     I have worked with the following assistant managers (circle those that apply):

Morris Alejandro Serenatas

4

Allyson Rose Fenimore

Amanda Kallie Fooce

Elizabeth R. Ensley

32.    In reference to the names circled in Paragraph 31, I would describe
Amanda Fooces responsibilities as follows: Wrote the schedule, hiring, Managing shifts, Managing Food costs, Closing usually 4/5 shifts a week. Generally all of the same responsibilities as I would have plus a few more. Chance of being called into run deliveries w/o tips. Conduct Participating in Ecosure Audits.

33.    In reference to the names circled in Paragraph 31, I would describe
Elizabeth Ensley responsibilities as follows: Hiring, Training occasional classes. All general managing tasks (shift running, Disciplinary actions)

34.    In reference to the names circled in Paragraph 31, I would describe
_____ responsibilities as follows: _____

35.    In reference to the names circled in Paragraph 31, I would describe
_____ responsibilities as follows: _____

36.    I would also like to provide the following about my responsibilities.
Regarding scheduling: The schedule can be very time consuming, many managers try to avoid the scheduling duty.
• Very difficult to properly run shift being the only manager in the store & trying to also write the schedule. I usually try to write it at home however certain portions must be completed in the store on the BOH office computer. Labor management is also every managers duty, but as the schedule writer more of the responsibility falls on you to schedule/set shifts up according to projected sales. As closing manager 5 days a week I cannot really leave without completing my work/making sure the cafe is at optimal level for the opening crew. 5 If the close is bad the day shift may fail which would impact the following night's shift & even the following day(s). These responsibilities are expected to be completed

Marissa Tufts   MT   10/25/18

#36 Continued. --

within our 45 hours a week however I generally am here
at least 55 hours a week not including time spent at home
working on schedule. At the highest I have been here
67 hours a week depending on the store's needs.
The end of day paperwork can be stressful. At night ~~this are~~
I am the main person handling the store's money & managing
the safe. Often it is only the closing manager who counts
the safe routinely. If money is missing it seems there is
a heavy responsibility on the closing manager to find &/
investigate the issue. We sign off on the deposit so we are
generally expected to have an explanation. At this time
we are experiencing an issue with associate theft. Myself &
the other salaried managers are responsible for paying
this money back.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 25ᵗʰ day of _October_____, 2018

_____
Signature

_____
Printed Name

CO\5962031.1