Request to mark the case settled pending approval and to set a 6/21/19 deadline to submit motion for approval of settlement approved 6/5/19.
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIN E. KIS, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>                    Defendant. | Case No. 4:18-cv-00054-JG |
| CHELSEA ROMANO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>                    Defendant. | Case No. 4:18-cv-00434-JG |

**JOINT NOTICE OF PROPOSED SETTLEMENT**

The parties to this action reached an agreement in principle to resolve this matter during a mediation held on May 1, 2019.  They are currently negotiating the final details of the settlement agreement, gathering bids from potential settlement administrators, and preparing to present the settlement to the Court for approval.  Therefore, Plaintiffs respectfully request the Court notate this case as "settled pending approval" and set a deadline of June 21, 2019 for the Plaintiffs to submit a motion for approval.  Defendant Covelli Enterprises, Inc. consents to this notice and request.

Dated: May 28, 2019                                    Respectfully submitted,