IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIN E. KIS, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>                        Defendant. | Case No. 4:18-cv-00054-JG |
| CHELSEA ROMANO, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>COVELLI ENTERPRISES, INC.,<br><br>                        Defendant. | Case No. 4:18-cv-00434-JG |

**PLAINTIFFS' MOTION FOR
APPROVAL OF ATTORNEYS' FEES AND COSTS**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and Class Counsel's supporting declarations, Plaintiffs respectfully request that the Court enter an order granting:

    1.    An award of attorneys' fees in the amount of one-third of the settlement fund;

    2.    An award of costs and expenses incurred by Class Counsel in successfully prosecuting this action; and

    3.    An award equal to the cost of the Settlement Administrator's fees.

For the Court's convenience, a Proposed Order is attached as **Exhibit 11** to the Declaration of Justin M. Swartz.

Dated: February 5, 2020　　　　　　　　Respectfully submitted,

By: */s/ Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz*
Darnley D. Stewart*
Deirdre A. Aaron*
685 Third Ave., 25th floor
New York, New York 10017
T. (212) 245-1000
F. (646) 509-2060
E. jms@outtengolden.com
E. dstewart@outtengolden.com
E. daaron@outtengolden.com

**OUTTEN & GOLDEN LLP**
Sally J. Abrahamson*
Lucy Bansal*
Hannah Cole-Chu**
601 Massachusetts Ave NW, Suite 200W
Washington, DC 20001
T. (202) 847-4400
F. (202) 847-4410
E. sabrahamson@outtengolden.com
E. lbansal@outtengolden.com
E. hcolechu@outtengolden.com

**MERRIMAN, LEGANDO, WILLIAMS & KLANG, LLC**
Drew Legando (0084209)
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
E. drew@merrimanlegal.com

**SHAVITZ LAW GROUP, P.A.**
Gregg Shavitz*
Logan A. Pardell*
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
T. (561) 447-8888
F. (561) 447-8831
E. gshavitz@shavitzlaw.com
E. lpardell@shavitzlaw.com

**SHAVITZ LAW GROUP, P.A.**
Michael Palitz*
830 Third Avenue, 5th Floor
New York, New York 10022
T. (800) 616-4000
E. mpalitz@shavitzlaw.com

**KARON LLC**
Daniel R. Karon (0069304)
Beau D. Hollowell (0080704)
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
T. (216) 622-1851
F. (216) 241-8175
E. dkaron@karonllc.com
E. bhollowell@karonllc.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Randall S. Newman*
Robert Abrams*
Correy A. Kamin*
270 Madison Avenue, 10th Fl.
New York, NY 10016
T. (212) 545-4600
F. (212) 686-0114
E. newman@whafh.com
E. abrams@whafh.com
E. kamin@whafh.com

*Attorneys for Plaintiffs and the Collective*

*admitted *pro hac vice*

## CERTIFICATION OF SERVICE

I hereby certify that on February 5, 2020, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin M. Swartz*
Justin M. Swartz